LYNN HUBBARD III, SBN 69773
SCOTTLYNN J HUBBARD IV, SBN 212970
**DISABLED ADVOCACY GROUP, APLC**
12 Williamsburg Lane
Chico, CA 95926
Telephone: (530) 895-3252
Facsimile:  (530) 894-8244
E-mail: usdceast@hubslaw.com

Attorneys for Plaintiff

ELIZABETH B. STALLARD, SBN 221445
**DOWNEY BRAND LLP**
621 Capitol Mall, 18th Floor
Sacramento, CA 95814-4731
Telephone: (916) 444-1000
Facsimile: (916) 444-2100

Attorneys for Defendant
BROADSTONE MARKET PLACE, LLC

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROBERT DODSON, | Case No. 2:12-cv-00071-LKK-DAD |
| Plaintiff, | |
| v. | JOINT STIPULATION FOR DISMISSAL AND ORDER THEREON |
| BROADSTONE MARKET PLACE, LLC, | |
| Defendant. | |

TO THE COURT AND ALL PARTIES:

Plaintiff, ROBERT DODSON, and defendant BROADSTONE MARKET PLACE, LLC, stipulate to and jointly request that this Court enter a dismissal with prejudice of plaintiff's complaint in the above-entitled action in its entirety pursuant to FRCP 41(a)(2).

Dated: November 27, 2012        DISABLED ADVOCACY GROUP, APLC

 */s/   Lynn Hubbard*
LYNN HUBBARD III
Attorney for Plaintiff Robert Dodson

Dated: November 27, 2012        DOWNEY BRAND LLP

 */s/   Elizabeth Stallard*
ELIZABETH B. STALLARD
Attorney for Defendant Broadstone Market Place, LLC

## **ORDER**

IT IS HEREBY ORDERED that the complaint of plaintiff, USDC Case No. 2:12-cv-00071-LKK-DAD, is hereby dismissed with prejudice.

Dated: November 29, 2012.

LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT